PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 570-4809
     Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA REARDON, | Case No. 2:22-cv-01622-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from March 13, 2023 to April 12, 2023, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because the instant case was just reassigned to undersigned counsel for the Commissioner, who is currently responsible for almost 70 cases including five District Court briefs due in the next ten days, and additional District Court briefs

plus a Ninth Circuit brief and oral argument later in March.  Despite working diligently to meet

the case deadlines in this Court's Scheduling Order, the undersigned counsel for the

Commissioner needs additional time in the instant case to review the substantial administrative

record, to consider the issues raised in Plaintiff's motion, confer with her client as necessary, and

prepare the Commissioner's cross motion.  Plaintiff does not oppose Defendant's request for an

extension of time.

Respectfully submitted,

Dated: March 2, 2023             UNITED DISABILITY LAWYERS GROUP

By:/s/ Betty Herrera*
                                     BETTY HERRERA
                                     Attorneys for Plaintiff
                                     [*As authorized by e-mail on March 2, 2023]

Dated: March 3, 2023             PHILLIP A. TALBERT
                                     United States Attorney

By: /s/ Margaret Branick-Abilla
                                     MARGARET BRANICK-ABILLA
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 3, 2023

_____
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE